JOSEPH O. YEBO, Appellant, v HELENE M. CUADRA, Respondent.

Submitted September 10, 2012; decided November 20, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.